IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PHALANZA S. FRANCISCO                                           PLAINTIFF

v.                          Civil No. 4:19-cv-04059

UNITED STEEL WORKERS
LOCAL 752                                                         DEFENDANT

**ORDER**

Before the Court is Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* and Motion for Service. ECF No. 1. The Court has reviewed the IFP application and finds it should be **GRANTED.**

The Court also **GRANTS** Plaintiff's Motion for Service.

This Court directs the U.S. Marshal to serve a copy of the Complaint filed on May 29, 2019 (ECF No. 1) and a copy of this order on Defendant by serving Defendant at the follow address:

United Steel Workers Local 752
3600 Washington Street
Texarkana, Arkansas 71854

without prepayment of fees and costs or security thereof. Defendants are ordered to answer within twenty-one (21) days from the date of service.

The Clerk is directed to prepare and issue a summons and a USM 285.

**IT IS SO ORDERED this 5th day of June 2019.**

                                                              /s/ *Barry A. Bryant*
                                                              HON. BARRY A. BRYANT
                                                              U. S. MAGISTRATE JUDGE